# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCI COMMUNICATIONS SERVICES, INC. et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SECURITY PAVING COMPANY, INC.<br><br>    Defendant. | Case No.: 1:15-cv-01940 LJO JLT<br>ORDER AFTER SETTLEMENT CONFERENCE.<br><br>(Doc. 37) |

On November 21, 2016, the Court held a settlement conference in this matter. The parties were able to agree to settle the case.  Based upon the foregoing, the Court **ORDERS**:

1. By November 23, 2016, counsel for the plaintiffs **SHALL** provide a draft settlement agreement to plaintiffs' counsel;

3. No later than December 23, 2016, the parties SHALL file the stipulated request for dismissal of the action;

4. All other dates, conferences and hearings, including the pretrial conference and the trial are **VACATED**.

IT IS SO ORDERED.

Dated:   **November 21, 2016**          /s/ Jennifer L. Thurston
                                    UNITED STATES MAGISTRATE JUDGE