UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCI COMMUNICATIONS SERVICES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SECURITY PAVING COMPANY, INC.,<br><br>Defendant. | Case No.  1:15-CV-01940-LJO-JLT<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THIS CASE** |

On December 19, 2016, the parties filed a stipulation to dismiss the action. (Doc. 39) Federal Rules of Civil Procedure Rule 41 provides that "the plaintiff may dismiss an action without a court order by filing: "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared.". . ." Fed. R. Civ. P. 41(a). Once such a notice has been filed, an order of the Court is not required to make the dismissal effective. Fed. R. Civ. P. 41(a)(1)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).  Accordingly, the Clerk of Court is **DIRECTED** to close this action in light of the notice of dismissal with prejudice filed and properly signed pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **December 19, 2016**            **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE